UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PIONEER INVESTMENT MANAGEMENT
SGRPA,                                              CASE NO. 07 CV 10578
      Plaintiff(s),
 -against-                                     **AFFIDAVIT OF SERVICE**

VIVENDI, UNIVERSAL, S.A., **ET AL.**,
      Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK )
        : S.S.
COUNTY OF NEW YORK )

  BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
  That on the 30th day of November, 2007, at approximately 4:03 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; ECF FILING INSTRUCTIONS and CIVIL COVER SHEET** upon Jean-Marie Messier c/o Messier Partners, LLC at One Rockefeller Plaza, Suite 1502, New York, New York 10020 by personally delivering and leaving the same with Sophie Lapoujade, Intern, who is a person of suitable age and discretion, at that address, the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
  Sophie Lapoujade is a white female, approximately 26 years of age, is approximately 5 feet and 5 inches tall, weighs approximately 120 pounds, with long black hair and dark eyes.

(1)

That on the 3rd day of December, 2007 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Jean-Marie Messier**
**c/o Messier Partners, LLC**
**One Rockefeller Plaza, Suite 1502**
**New York, New York 10020**

Sworn to before me this
3rd day of December, 2007                                         BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

(2)

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Pioneer Investment Management SGRPA

**SUMMONS IN A CIVIL ACTION**

V.

Vivendi Universal, S.A., Jean Marie Messier, and Guillaume Hannezo

CASE NUMBER: 07 CV 10578

TO: (Name and address of Defendant)

Jean Marie Messier
Messier Partners LLC
1 Rockefeller Plaza
New York, NY 10020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William H. Narwold
Motley Rice LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    NOV 2 6 2007

CLERK                                                 DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                      *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.