UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pioneer Investment Management SGRPA, <br><br> Plaintiffs, <br><br> v. <br><br> Vivendi Universal, S.A., Jean Marie Messier, and Guillaume Hannezo, <br><br> Defendants. | Civil Action No. 07 Civ. 10578 (RJH) <br><br> Related to No. 02 Civ. 5571 (RJH) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Pioneer Investment Management SGRPA.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

_Leslie Kelleher_
Leslie M. Kelleher (LK-5943)
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500
(212) 319-7125
(212) 644-6755 (facsimile)

1 Thomas Circle, NW
Washington, DC  20005
(202) 862-5000
(202) 429-4401 (facsimile)

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 16, 2008, I caused to be filed electronically with the Clerk of the United States District Court for the Southern District of New York, by using the CM/ECF system, a true and correct copy of the NOTICE OF APPEARANCE. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. I also caused copies of the same, and of this Certificate of Service, to be served on the following parties by the means indicated below:

Via Federal Express to:

| | |
|---|---|
| Morris A. Bowie, II, Esq.<br>Richard M. Lorenzo, Esq.<br>James G. Szymanski, Esq.<br>Day Pitney, LLP.<br>875 Third Avenue<br>28th Floor<br>New York, NY 10022 | Martin L. Perschetz, Esq.<br>Einat Philip, Esq.<br>Michael E. Swartz, Esq.<br>Schulte Roth & Zabel, LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Lisa Albert, Esq.<br>Michael J. Malone, Esq.<br>King & Spalding, LLP.<br>1185 Avenue of the Americas<br>New York, NY 10036 | Jonathan D. Polkes, Esq.<br>James W. Quinn, Esq.<br>Penny P. Reid, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10023 |
| Timothy G. Cameron, Esq.<br>Michael T. Reynolds, Esq.<br>Paul C. Saunders, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | |

_/s/ Leslie Kelleher_
Leslie M. Kelleher (LK-5943)
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(212) 319-7125
(212) 644-6755 (facsimile)

- 2 -

1 Thomas Circle, NW
Washington, DC  20005
(202) 862-5000
(202) 429-4401 (facsimile)