# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Pioneer Investment Management SGRPA,  )

                    Plaintiffs,  )

          v.  )

Vivendi Universal, S.A., Jean Marie Messier,  )
and Guillaume Hannezo,  )

           Defendants.  )

                )

Civil Action No. 07 Civ. 10578 (RJH)

Related to No. 02 Civ. 5571 (RJH)

Motion to Admit Counsel Pro Hac Vice

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Leslie M. Kelleher, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Kevin C. Maclay |
| Firm Name: | Caplin & Drysdale, Chartered |
| Address: | One Thomas Circle, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 862-7801 / (202) 429-3301 |

Kevin C. Maclay is a member in good standing of the Bar of the State of Maryland and the District of Columbia Bar.  There are no pending disciplinary proceedings against Kevin C. Maclay in any State or Federal Court.

299303

Dated: _____

City, State:   Washington, D.C.

Respectfully submitted,

_____

Leslie M. Kelleher
SDNY Bar. No. LK5943
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York  10152-34500
Phone:   (212) 319-7125
Fax:       (212) 644-6755

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pioneer Investment Management SGRPA, )<br><br>Plaintiffs, )<br><br>v. )<br><br>Vivendi Universal, S.A., Jean Marie Messier, )<br>and Guillaume Hannezo, )<br><br>Defendants. )<br> ) | Civil Action No. 07 Civ. 10578 (RJH)<br><br>Related to No. 02 Civ. 5571 (RJH)<br><br><br>Affidavit of Leslie M. Kelleher in<br>Support of Motion to Admit Counsel<br>Pro Hac Vice |

State of New York    )
                     )   ss:
County of New York   )

Leslie M. Kelleher, being duly sworn, hereby deposes and says as follows:

1. I am Leslie M. Kelleher, counsel for Pioneer Investment Management SGRPA, in the above-captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Kevin C. Maclay as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kevin C. Maclay since 2006.

4. Mr. Maclay is Of Counsel at Caplin & Drysdale, Chartered, in Washington, D.C.

5. I have found Mr. Maclay to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Kevin C. Maclay, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Kevin C. Maclay, pro hac vice, which is attached hereto as Exhibit A.

299302

- 2 –

WHEREFORE it is respectfully requested that the motion to admit Kevin C. Maclay, pro hac vice, to represent Pioneer Investment Management SGRPA in the above-captioned matter, be granted.

Dated: ___1 / 24 / 08___

City, State:    Washington, D.C.

Respectfully submitted,

_____

Leslie M. Kelleher
SDNY Bar No. LK5943



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

Kevin C. Maclay

was on the 5th day of January, 1996

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on January
18, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fourteenth day of December, 1994,

### Kevin Clark Maclay

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventeenth day of January, 2008.*

*Alexander L. Cummings*

Clerk of the Court of Appeals of Maryland

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pioneer Investment Management SGRPA,<br><br>Plaintiffs,<br><br>v.<br><br>Vivendi Universal, S.A., Jean Marie Messier, and Guillaume Hannezo,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 07 Civ. 10578 (RJH)

Related to No. 02 Civ. 5571 (RJH)

Order for Admission Pro Hac Vice on Written Motion

Upon the motion of Leslie M. Kelleher, attorney for Pioneer Investment Management SGRPA,

and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Kevin C. Maclay |
| Firm Name: | Caplin & Drysdale, Chartered |
| Address: | One Thomas Circle, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 862-7841 / (202) 429-3301 |
| Email Address: | kcm@capdale.com |

Is admitted to practice pro hac vice as counsel for Pioneer Investment Management SGRPA in the

above-captioned case in the United States District Court for the Southern District of New York.

All Attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing

299299

- 2 –

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
City, State:

_____

Richard J. Holwell
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on January 25, 2008, I served a copy of the MOTION TO ADMIT COUNSEL PRO HAC VICE with the Admissions Clerk of the United States District Court for the Southern District of New York, by overnight delivery. I also caused copies of the same, and of this Certificate of Service, to be served on the following parties by the means indicated below:

Via Federal Express to:

| | |
|---|---|
| Morris A. Bowie, II, Esq.<br>Richard M. Lorenzo, Esq.<br>James G. Szymanski, Esq.<br>Day Pitney, LLP.<br>875 Third Avenue<br>28th Floor<br>New York, NY 10022 | Martin L. Perschetz, Esq.<br>Einat Philip, Esq.<br>Michael E. Swartz, Esq.<br>Schulte Roth & Zabel, LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Lisa Albert, Esq.<br>Michael J. Malone, Esq.<br>King & Spalding, LLP.<br>1185 Avenue of the Americas<br>New York, NY 10036 | Jonathan D. Polkes, Esq.<br>James W. Quinn, Esq.<br>Penny P. Reid, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10023 |
| Timothy G. Cameron, Esq.<br>Michael T. Reynolds, Esq.<br>Paul C Saunders, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Michael E. Elsner, Esq.<br>Joseph F. Rice, Esq.<br>Ann K. Ritter, Esq.<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |
| William H. Narwold , Esq.<br>Ingrid L. Moll, Esq.<br>Motley Rice LLC<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103 | |

Denise A. Tolbert
Caplin & Drysdale, Chartered
1 Thomas Circle, NW
Washington, DC  20005
(202) 862-5000
(202) 429-3301 (facsimile)