# DUFFY & YOUNG LLC

96 BROAD STREET, CHARLESTON, SC 29401
telephone 843-720-2044   facsimile 843-720-2047

ATTORNEYS AT LAW



July 25, 2008

Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1950
New York, NY 10007

> RE: IN RE VIVENDI UNIVERSAL, S.A., SECURITIES LITIGATION
> Civil Action No.: 1:02-cv-05571
> This Document Relates to:    1:08-CV-1111
>                              1:08-CV-950
>                              1:07-CV-11628
>                              1:07-CV-10954
>                              1:07-CV-10578
>                              1:07-CV-8830
>                              1:02-CV-5571

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

Dear Judge Holwell:

I am no longer affiliated with the law firm of Motley Rice LLC and am no longer counsel

of record for Plaintiff Capital Invest, die Kapitalanlagegesellschaft der Bank Austria

Creditanstalt Gruppe GmbH  (n/k/a Pioneer Investments Austria) in Docket No. 1:02-CV-5571

and for all Plaintiffs in Docket Nos. 1:08-CV-1983, 1:08-CV-1111, 1:08-CV-950, 1:07-CV-

11628, 1:07-CV-10954, 1:07-CV-10578 and 1:07-CV-8830.

I respectfully request removal from the dockets in the above-captioned matters.  Motley

Rice LLC will continue to represent the above-referenced Plaintiffs in those matters.

SO ORDERED

US DJ
8/7/08

Respectfully,

Lee Anne Walters

LAW/lm

WWW.DUFFYANDYOUNG.COM

June 5, 2008
Page 2


cc:    Jonathan D. Polkes, Esq.
       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, NY  10153

       Anthony J. Harwood, Esq.
       Labaton Sucharow LLP
       140 Broadway
       New York, NY 10005

       Diane Zilka, Esq.
       Grant & Eisenhofer P.A.
       Chase Manhattan Centre
       1201 North Market Street
       Wilmington, DE 19801

       Stuart L. Berman, Esq.
       John A. Kehoe, Esq.
       Schiffrin Barroway Topaz & Kessler, LLP
       280 King of Prussia Road
       Radnor, PA 19087

       Paul C. Saunders, Esq.
       Michael A. Paskin, Esq.
       Michael T. Reynolds, Esq.
       Cravath, Swaine & Moore LLP
       Worldwide Plaza
       825 Eighth Avenue
       New York, NY  10019

       Michael J. Malone, Esq.
       Lisa Albert, Esq.
       King & Spalding LLP
       1185 Avenue of the Americas
       New York, NY  10036

       Martin L. Perschetz, Esq.
       Einat Philip, Esq.
       Schulte Roth & Zabel LLP
       919 Third Avenue
       New York, NY  10022